## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING EXTENSION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Gordon Leroy Sonnenberg, | ) | Case No. 1:06-cr-078 |
| | ) | |
| Defendant. | ) | |

On November 28, 2006, the Court ordered the defendant, Gordon Sonnenberg, to undergo a psychiatric or psychological examination to evaluate the Defendant's mental condition at the time of the alleged offenses and his competency to stand trial. Sonnenberg was admitted to the Metropolitan Correctional Center (MCC) Chicago, Illinois, on December 5, 2006, to undergo comprehensive evaluation. On December 18, 2006, the Court received correspondence from Warden Silas M. Irvin of the Metropolitan Correctional Center (MCC) in Chicago, seeking an extension of time in which to conduct and complete the evaluation. The Court finds that there exists good cause to grant such an extension of time until February 19, 2007, to complete the evaluation. The evaluation report shall be received by March 12, 2007.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2006.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court