# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER DENYING AS MOOT** |
| ) | **DEFENDANT'S MOTION FOR** |
| vs. ) | **ALLOWANCE OF LIVING** |
| ) | **PROVISIONS** |
| Gordon Sonnenberg, ) | |
| ) | Case No. 1:06-cr-078 |
| Defendants. ) | |

Before the Court is defendant Gordon Sonnenberg's "Motion for Allowance of Living Provisions," filed on November 17, 2006. On November 28, 2006, the Court ordered Sonnenberg to undergo psychiatric and psychological examinations. See Docket No. 28. Sonnenberg has since been transferred from the Burleigh County Detention Center and is in a federal medical facility. Thus, the Court finds the "Motion for Allowance of Living Provisions" (Docket No. 16) **MOOT** and **DENIES** the motion without prejudice.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court